1   ALEXANDER G. CALFO (SBN 152891)
      *ACalfo@yukelaw.com*
2   KELLEY S. OLAH (SBN 245180)
      *KOlah@yukelaw.com*
3   GABRIELLE ANDERSON-THOMPSON (SBN 247039)
      *GAnderson-thompson@yukelaw.com*
4   YUKEVICH CALFO & CAVANAUGH
    355 S. Grand Avenue, 15th Floor
5   Los Angeles, CA 90071-1560
    Telephone:     (213) 362-7777
6   Facsimile:     (213) 362-7788

7   Attorneys for Defendants
    DEPUY ORTHOPAEDICS, INC., JOHNSON &
8   JOHNSON SERVICES, INC., JOHNSON &
    JOHNSON (erroneously sued as "Johnson &
9   Johnson, Inc."), and DEPUY INTERNATIONAL
    LIMITED (erroneously sued as "DePuy
10  International, Ltd.")

11              **UNITED STATES DISTRICT COURT**

12      **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

13

14  LINDA NICOL,                          CASE NO. CV12-2006-RS

15              Plaintiff,                 **[PROPOSED] ORDER RE STIPULATION
                                           TO STAY PROCEEDINGS**
16          vs.
                                           JURY TRIAL DEMANDED
17  DEPUY ORTHOPAEDICS, INC., JOHNSON
    & JOHNSON SERVICES, INC., JOHNSON
18  & JOHNSON, INC., DEPUY
    INTERNATIONAL, LTD., THOMAS P.
19  SCHMALZRIED, M.D., THOMAS P.
    SCHMALZRIED, M.D., A PROFESSIONAL
20  CORPORATION; and DOES 1 through 20,
    inclusive,
21
                Defendants.
22

23          Upon consideration of the Stipulation to Stay Proceedings submitted by Plaintiff LINDA

24  NICOL and Defendants DEPUY ORTHOPAEDICS, INC., JOHNSON & JOHNSON SERVICES,

25  INC., JOHNSON & JOHNSON (erroneously sued as "Johnson & Johnson, Inc."), and DEPUY

26  INTERNATIONAL LIMITED (erroneously sued as "DePuy International, Ltd.") (hereafter

27  collectively "the Parties"); upon consideration of all documents, files, and pleadings in this action;

28  and upon good cause shown, it is hereby ORDERED that:

                                                                        CV12-2006-RS

YUKEVICH CALFO & CAVANAUGH
355 S. GRAND AVENUE, 15TH FLOOR
LOS ANGELES, CALIFORNIA 90071-1560
TELEPHONE (213) 362-7777
FACSIMILE (213) 362-7788

1.  The Parties' request for a stay of proceedings is GRANTED;

2.  All proceedings in this action are hereby stayed, pending a decision by the Judicial Panel on Multidistrict Litigation on whether this case should be transferred to *In re DePuy Orthopaedics, Inc. Pinnacle Hip Implant Products Liability Litigation*, MDL Docket No. 2244.

3.  All deadlines, including any deadlines relating to a potential remand motion and any outstanding responsive pleading, are extended until 30 days after the entry of a joint Case Management Order in the MDL addressing remand briefing.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: ___5/7_____, 2012

_____
Hon. Richard Seeborg

CV12-2006-RS

[PROPOSED] ORDER RE STIPULATION TO STAY PROCEEDINGS